

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2014

No. 04-13-00768-CR

Juan David **BERNAL**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the Criminal District Court 3, Tarrant County, Texas
Trial Court No. 1297786D
The Honorable Robb Catalano, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's Motion for Leave to File Appellant's Brief is hereby GRANTED. The Appellant's brief is deemed filed as of March 19, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court